UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPHTHALMIC RESEARCH ASSOCIATES INC,<br><br>Plaintiff,<br><br>v.<br><br>SARCODE CORPORATION,<br><br>Defendant. | Case No. 14-mc-80267-JST (JSC)<br><br>**ORDER RE: PROCEDURE FOR THIRD-PARTY SEMBA'S MOTION TO QUASH**<br><br>Re: Dkt. No. 1 |

Now pending before the Court is the motion to quash of third party Charles Semba. Semba seeks to quash a subpoena issued by plaintiff Ophthalmic Research Associates, Inc. Semba represents that following a meet and confer, Plaintiff offered to explain, and presumably narrow, its subpoena by letter, but has not yet done so.

Accordingly, the parties are ordered to meet and confer by telephone on or before Friday, September 26, 2014. If they are unable to reach agreement, they shall file a joint discovery letter brief in accordance with this Court's Civil Standing Order. Semba shall provide Plaintiff with his portion of the letter on or before Tuesday, September 30, 2014. Plaintiff shall provide Semba with its response on or before Thursday, October 2, 2014. Semba shall then modify its portion of the letter to address Plaintiff's opposition, if necessary, and file the joint letter brief on or before Monday, October 6, 2014. Upon review of the parties' letter, the Court will advise if oral argument is required. The parties are free to stipulate to a different schedule, but the above schedule applies in the absence of an agreement.

//

//

//

**IT IS SO ORDERED**.

Dated: September 24, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2